IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVEREND BRIAN THOMAS | : | No. 05cv1630 |
| Plaintiff, | : | |
| | : | Judge Jones |
| v. | : | |
| | : | |
| JUDGE ROBERT CONWAY, | : | |
| in his official and individual capacities. | : | |
| Defendant. | : | |

## ORDER

## September 1, 2005

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On August 30, 2005 Petitioner Reverend Brain Thomas, ("Petitioner") filed a letter with the Clerk (doc. 5), which appears to indicate that he desires to have the above captioned matter dismissed without prejudice. However, because the letter is imprecise and since there is no docket number set forth thereon, in the interest of caution we will forebear from dismissing the action for 10 days and allow Petitioner to state any objection that he has to our doing so during that interval. In the event that we receive no objection from Petitioner this matter will be dismissed without prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. Petitioner shall have 10 days from the date hereof to object to a dismissal of this action without prejudice.

2. In the event Petitioner fails to object to a dismissal the Clerk shall close the file.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge